# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF VIRGINIA
(Roanoke Division)

| | |
|---|---|
| **AUSTIN JENKINS, on behalf of** ) <br> **himself and others similarly situated,** ) <br> ) <br> *Plaintiff*, ) <br> ) <br> **v.** ) <br> ) <br> **ELDOR AUTOMOTIVE POWERTRAIN** ) <br> **USA LLC** ) <br> ) <br> *Defendant*. ) | Case No: 7:23-cv-00297 |

## **JOINT MOTION FOR APPROVAL OF SETTLEMENT**

Plaintiff Austin Jenkins and Defendant Eldor Automotive Powertrain USA LLC respectfully request approval of a settlement reached in relation to Jenkins' individual and collective/class Fair Labor Standards Act and Virginia Wage Payment Act claims (all individual and class claims are collectively referred to as "the wage claims"). This settlement resolves only the wage claims.

The parties request that this Court approve the settlement and dismiss the action with prejudice. The settlement is the product of contested litigation, the parties are represented by competent and experienced counsel, the settlement was achieved through arms-length negotiations between competent counsel, the settlement was facilitated during mediation with U.S. Magistrate Judge C. Kailani Memmer, and the settlement reflects a reasonable compromise over disputed issues. Finally, the settlement resolves a *bona fide* dispute over the wage claims.

Dated: November 8, 2024

Respectfully submitted,

*s/ Christopher E. Collins*
Christopher E. Collins (VSB No. 90632)
Mia Yugo (VSB No. 92975)
YUGO COLLINS, PLLC
25 Franklin Road, SW
Roanoke, Virginia 24011
Tel: (540) 861-1529
Direct: (540) 855-4791
chris@yugocollins.com
mia@yugocollins.com

*Counsel for Plaintiff*


By:  */s Leah M. Stiegler*

Michael Gardner, Esq. (VSB No. 80380)
michael.gardner@woodsrogers.com
10 South Jefferson Street, Suite 1800
Roanoke, Virginia 24011
Telephone: (540) 983-7533
Facsimile: Main (540) 983-7711

Leah M. Stiegler, Esq. (VSB No. 89602)
leah.stiegler@woodsrogers.com
901 East Byrd Street, Suite 1550
Richmond, Virginia 23219
Telephone: (804) 956-2050
Facsimile: (804) 799-7885

*Counsel for Defendant*